**FILED**

**SEP 15 2020**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN A. BUTLER | Case No: **20 CR 630**<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**Judge Ellis**<br>**Magistrate Judge McShain** |

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about March 14, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JUSTIN A. BUTLER,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Smith & Wesson Model SD40VE, .40 caliber semiautomatic pistol bearing serial number FZL2306, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson Model SD40VE, .40 caliber semiautomatic pistol bearing serial number FZL2306 and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY